# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN QUAN LY,<br><br>      Petitioners,<br><br>      v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No. 1:26-cv-02345-KES-EPG-HC<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL<br><br>(ECF No. 3)<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE AMENDED PETITION<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 26, 2026, Petitioner filed a motion for appointment of counsel. (ECF No. 3.) The Court previously deferred ruling on the motion pending further proceedings in this case. (ECF No. 7 at 3.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate

his claims *pro se* in light of the complexity of the legal issues involved." <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

Upon review of Respondents' response to the petition, and upon consideration of Petitioner's motion to appoint counsel, the Court finds that the interests of justice would be served by the appointment of counsel given the complexity of the legal issues involved. Based on the appointment of counsel, the Court *sua sponte* grants Petitioner leave to file an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to appoint counsel (ECF No. 3) is GRANTED;

2. The Clerk of the Court shall serve a copy of this order and a copy of the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy and counsel will be added as counsel for Petitioner;

4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

6. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding a proposed briefing schedule.

IT IS SO ORDERED.

Dated: __**June 26, 2026**__      ___/s/ Erica P. Grosjean___
                    UNITED STATES MAGISTRATE JUDGE

2